JS 44 (Rev 09/10)

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF MISSOURI

## CIVIL COVER SHEET

This automated JS-44 conforms generally to the manual JS-44 approved by the Judicial Conference of the United States in September 1974. The data is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. The information contained herein neither replaces nor supplements the filing and service of pleadings or other papers as required by law. This form is authorized for use <u>only</u> in the Western District of Missouri.

**The completed cover sheet must be saved as a pdf document and filed as an attachment to the Complaint or Notice of Removal.**

**Plaintiff(s):**
First Listed Plaintiff:
CHELSEA GAARDER ;
2 Citizen of Another State; Utah
**County of Residence:** Outside This District

**Defendant(s):**
First Listed Defendant:
Webster University ;
1 Citizen of This State;
**County of Residence:** Outside This District

**County Where Claim For Relief Arose:** Jackson County

**Plaintiff's Attorney(s):**
Attorney at Law Gene P. Graham Jr. (CHELSEA GAARDER)
White, Graham, Buckley & Carr, LLC
19049 East Valley View Parkway
Independence, Missouri 64055
**Phone:** 816.373.9080
**Fax:** 816.373.9319
**Email:** ggraham@wagblaw.com

**Defendant's Attorney(s):**
Attorney at Law Kevin W. Prewitt ( Webster University)
Armstrong Teasdale LLP
2345 Grand Blvd., Suite 1500
Kansas City, Missouri 64108
**Phone:** (816) 221-3420
**Fax:**
**Email:** kprewitt@atllp.com

**Basis of Jurisdiction:** 4. Diversity of Citizenship

**Citizenship of Principal Parties** (Diversity Cases Only)
    **Plaintiff:** 2 Citizen of Another State
    **Defendant:** 1 Citizen of This State

**Origin:** 2. Removed From State Court
    **State Removal County:** Jackson County
    **State Removal Case Number:** 2216-cv25351

**Nature of Suit:** 370 Fraud Actions
**Cause of Action:** 28 U.S.C. § 1332(a)(1) - Diversity of Citizenship
**Requested in Complaint**
    **Class Action:** Not filed as a Class Action
    **Monetary Demand (in Thousands):** >$75,000
    **Jury Demand:** Yes
    **Related Cases:** Is NOT a refiling of a previously dismissed action

**Signature:** /s/ Kevin W. Prewitt

**Date:**  11/9/22

If any of this information is incorrect, please close this window and go back to the Civil Cover Sheet Input form to make the correction and generate the updated JS44. Once corrected, print this form, sign and date it, and submit it with your new civil action.