IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| CHELSEA GAARDER, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) ) Case No. 4:23-cv-00191-SEP |
| WEBSTER UNIVERSITY, | ) ) ) |
| Defendant. | ) |

### PLAINTIFF'S MOTION FOR CERTIFICATION
### PURSUANT TO 28 U.S.C. SECTION 1292 (b)

Comes now Plaintiff, and for her Motion for Certification Pursuant to 28 U.S.C. Section 1292 (b) states as follows:

Plaintiff requests this Court certify its decision denying Plaintiff's Motion to Remand for an interlocutory appeal pursuant to 28 U.S.C. Section 1292(b). Applications for the certification for an interlocutory appeal have a three part test, and are always within the discretion of the District Court. Plaintiff believes it has met the standard under the statute, as is more fully explained in Plaintiff's Memorandum in Support of Motion for Certification pursuant to 28 U.S.C. 1292(b), which Plaintiff fully incorporates here.

WHEREFORE, Plaintiff requests this Court certify this matter for an interlocutory appeal.

*Respectfully Submitted,*

WHITE, GRAHAM, BUCKLEY, & CARR L.L.C.

By: /s/ Taylor M. Arri
    GENE P. GRAHAM, JR.    34950
    DEBORAH J. BLAKELY    47138
    TAYLOR M. ARRI    72685
    19049 E. Valley View Pkwy, Suite C
    Independence, Missouri 64055
    816-373-9080 Fax: 816-373-9319
    ggraham@wagblaw.com

dblakely@wagblaw.com  
tarri@wagblaw.com

ATTORNEY FOR PLAINTIFF

## CERTIFICATE OF SERVICE

    I certify that on May 25, 2023, the foregoing was filed electronically with the Clerk of the Court to be served by operation of the Court's electronic filing system upon all attorneys of record.

/s/ Taylor M. Arri  
Attorney for Plaintiff