UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI

| | |
|---|---|
| CHELSEA GAARDER, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) Case No. 4:23-cv-00191-SEP |
| WEBSTER UNIVERSITY, | ) ) ) |
| Defendant. | ) |

**JOINT MOTION FOR ENTRY OF STIPULATED PROTECTIVE ORDER**

Plaintiff Chelsea Gaarder and Defendant Webster University have stipulated to the terms of the Stipulated Protective Order and respectfully move the Court to enter the Stipulated Protective Order. A copy of the Stipulated Protective Order will be emailed to Chambers.

| WHITE, GRAHAM, BUCKLEY, & CARR L.L.C. | QUARLES & BRADY, LLC |
|---|---|
| By: /s/ *Taylor Arri* | By: /s/ *Camille Roe* |
| Gene P. Graham          #34950 | Travis Kearbey          #58964 |
| Deborah J. Blakely     #47138 | Camille L. Roe          #65142 |
| Taylor Arri                   #72685 | 8182 Maryland Ave., Suite 405 |
| 19049 E. Valley View Pkwy, Suite C | Clayton, MO 63105 |
| Independence, Missouri 64055 | 312.715-5000 |
| Tel: 816-373-9080  Fax: 816-373-9319 | 312.715-5155 (facsimile) |
| Email: ggraham@wagblaw.com | camille.roe@quarles.com |
| Email: dblakely@waglaw.com | travis.kearbey@quarles.com |
| Email: tarri@wagblaw.com | |
| ATTORNEYS FOR PLAINTIFF | ATTORNEYS FOR DEFENDANT |