UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI

| | |
|---|---|
| CHELSEA GAARDER, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) Case No. 4:23-cv-00191-SEP |
| WEBSTER UNIVERSITY, | ) ) ) |
| Defendant. | ) |

## JOINT NOTICE OF SETTLEMENT

Plaintiff Chelsea Gaarder, and Defendant, Webster University (collectively, the "Parties"), respectfully notify the Court that the Parties have agreed in principle to settle the above-captioned matter on confidential terms. Counsel for the parties are in the process of finalizing the Settlement Agreement and Stipulated Dismissal ("Stipulation").  The parties intend to file the Stipulation as soon as practicable but respectfully request that the parties be given thirty (30) days to file said Stipulation.  Accordingly, the Parties respectfully request that the Court vacate all remaining deadlines in this case and set a deadline of December 1, 2025 for the Parties to file a Joint Stipulation of Dismissal.

Respectfully submitted,

| | |
|---|---|
| WHITE, GRAHAM, BUCKLEY, & CARR L.L.C.<br><br>By: /s/ Taylor M. Arri_____<br>Gene P. Graham              #34950<br>Deborah J. Blakely          #47138<br>Taylor Arri                       #72685<br>19049 E. Valley View Pkwy, Suite C<br>Independence, Missouri 64055<br>Tel:  816-373-9080   Fax: 816-373-9319<br>Email: ggraham@wagblaw.com<br>Email: dblakely@waglaw.com<br>Email: tarri@wagblaw.com<br><br>***ATTORNEYS FOR PLAINTIFF*** | QUARLES & BRADY LLP<br><br>By: */s/ Camille L. Roe*_____<br>Travis R. Kearbey, #58964<br>Camille L. Roe, #65142<br>8235 Forsyth Blvd., 10th Floor<br>Clayton, MO 63105<br>Phone: (312) 715-2731<br>travis.kearbey@quarles.com<br>Camille.Roe@quarles.com<br><br>Johanna Wilbert, *Pro Hac Vice*<br>411 East Wisconsin Avenue, Suite 2400<br>Milwaukee WI  53202<br>Phone:  (414) 277-5000<br>Johanna.Wilbert@quarles.com<br><br>***ATTORNEYS FOR WEBSTER UNIVERSITY*** |

## **CERTIFICATE OF SERVICE**

I certify that on October 31, 2025, the foregoing was filed electronically with the Clerk of the Court to be served by operation of the Court's electronic filing system upon all attorneys of record.

                                           */s/ Camille L. Roe*_____
                                           ATTORNEY FOR DEFENDANT